UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE WILKIE, | CASE NO. C17-1674-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to waive the mediation requirement (Dkt. No. 16). The parties' motion is GRANTED. The Clerk is instructed to STRIKE the 39.1 mediation deadline, currently set for November 23, 2018.

DATED this 31st day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk