THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE WILKIE, | CASE NO. C17-1674-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on telephonic notification that the parties have settled. The Clerk is DIRECTED to terminate the pending stipulated motion to seal the administrative record (Dkt. No. 19) and motion for judgment under Federal Rule of Civil Procedure 52 (Dkt. No. 21). The parties are DIRECTED to file the appropriate dismissal paperwork, or a joint status report informing the Court of the status of the parties' settlement negotiations, by December 28, 2018.

//
//
//

MINUTE ORDER
C17-1674-JCC
PAGE - 1

1    DATED this 28th day of November 2018.

2                                              William M. McCool
                                               Clerk of Court
3
                                               s/Tomas Hernandez
4                                              Deputy Clerk

MINUTE ORDER
C17-1674-JCC
PAGE - 2